THE GEORGIA RAILROAD & BANKING COMPANY *v.* McCOMB.

The evidence being undisputed that the mule was killed by the run-
ning of the defendant's locomotive, and the presumption of·law
being that there was negligence, and there being conflict in the
evidence as to whether the observance of due diligence would
have been effectual in preventing the injury, and consequently,
whether such diligence was in fact observed, the verdict was not
so palpably unwarranted as to justify the Supreme Court in setting
it aside over the approval of the presiding judge in the court be-
low.                                              *Judgment affirmed.*

April 3, 1893. Argued at the last term.

Action for damages. Before Judge JENKINS. Bald-
win superior court. January term, 1892.

This was a suit for the killing of a mule by the de-
fendant's train. The plaintiff obtained a verdict, and
the defendant moved for a new trial on the grounds,
that the finding was contrary to law and evidence, de-
cidedly and strongly against the weight of evidence, etc.
The motion was overruled.

J. B. CUMMING, WHITFIELD & ALLEN and BRYAN CUM-
MING, for plaintiff in error. ROBERTS & POTTLE, *contra.*

---

WHELAN *v.* MAYOR & ALDERMEN OF MILLEDGEVILLE *et al.*

A declaration which alleges that under duress of threats of vexa-
tious arrests and prosecutions, petitioner entered into an agree-
ment with the defendant (a municipal corporation), and executed
the same, to deposit with the clerk of·council the sum of $500.00,
with right to reclaim the same by suit, and that the clerk should
hold the same as a deposit only and not as payment of license
tax, subject to the determination of the courts, is not supported
as to the terms of the alleged contract by a written agreement
executed by the parties respectively, and after certain recitals
stipulating, substantially, as follows: that an issue be joined and
submitted to the superior court judge, with right to appeal to the
Supreme Court, which·may be so submitted by application for
*mandamus*; provided the court holds that *mandamus* will lie in
such case, requiring the mayor and aldermen to issue license for